## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

WILLIAM M. DERR AND KIMBERLY DERR,

         Petitioners

         v.

NATIONAL FIRE INSURANCE COMPANY
OF HARTFORD,

         Respondent

: No. 89 MAL 2020
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of August, 2020, the Petition for Allowance of Appeal is **DENIED**.